IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEIYA COSMETICS, LLC,

    Plaintiff,

v.

LARKIN, INC. et al,

    Defendants.

No. C 07-00767 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR A PROTECTIVE ORDER**

    This matter is set for a hearing on August 10, 2007 on Plaintiff Feiya Cosmetics, LLC's motion for a protective order. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 6, 2007 and a reply brief shall be filed by no later than July 13, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: June 13, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE