1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    FEIYA COSMETICS, LLC,

10            Plaintiff,                        No. C 07-00767 JSW

11        v.

12    LARKIN, INC. et al,                       **ORDER REFERRING MOTION FOR A PROTECTIVE ORDER AND FURTHER DISCOVERY DISPUTES TO MAGISTRATE JUDGE**

13            Defendants.

14    _____/

15

16        Plaintiff Feiya Cosmetics, LLC's motion for a protective order and any subsequent

17    discovery disputes are HEREBY REFERRED to a randomly assigned Magistrate Judge for

     resolution.  The hearing date of August 10, 2007 is HEREBY VACATED.

18

19

20        **IT IS SO ORDERED.**

21

22    Dated:  July 13, 2007            _____
                                       JEFFREY S. WHITE
23                                     UNITED STATES DISTRICT JUDGE

24

25    cc: Wings Hom

26

27

28

**United States District Court**
For the Northern District of California