1  Michael J. Ioannou (SBN 95208)
   mioannou@ropers.com
2  Lita M. Verrier (SBN 181183)
   lverrier@ropers.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   80 North First Street
4  San Jose, CA  95113
   Telephone:  (408) 287-6262
5  Facsimile:  (408) 918-4501

6  Attorneys for Defendant
   LARKIN, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  FEIYA COSMETICS, LLC, etc.,          CASE NO.  C 07 00767 JSW

13              Plaintiff,               [PROPOSED] ORDER ON
                                         SUBSTITUTION OF ATTORNEYS
14  v.
                                         The Honorable Jeffrey S. White
15  LARKIN, INC., etc., et al.,

16              Defendants.

17

18       Pursuant to the Substitution of Attorneys filed July 30, 2007 in this matter,

19       IT IS HEREBY ORDERED that Michael J. Ioannou of Ropers, Majeski, Kohn & Bentley,

20  80 N. First Street, San Jose, CA  95113, is substituted in as counsel of record for Defendant

21  Larkin, Inc. in place of Paul R. Perdue and Constantin V. Roboostoff of Roboostoff & Kalkin,

22  APC.

23  Dated:  __August 1, 2007_____

24

25                              _____
                                JUDGE, U.S. DISTRICT COURT
26

27

28

SJ/397602.1/NB

Order on Substitution of Attorneys
Case No.  C 07 00767 JSW

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose