IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEIYA COSMETICS, LLC,

    Plaintiff,

v.

LARKIN, INC. et al,

    Defendants.
_____/

No. C 07-00767 JSW

**ORDER RE STIPULATION TO FILE UNDER SEAL**

    Now before the Court is the stipulation to file exhibit E under seal to Feiya Cosmetics, LLC's opposition to Larkin, Inc's motion for administrative relief to modify the pre-trial schedule.

    As a public forum, the Court will only entertain requests to seal that establish good cause and are narrowly tailored to seal only the particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality. Documents may not be filed under seal pursuant to blanket protective orders covering multiple documents. In addition, counsel should not attempt to seal entire pleadings or declarations without a particularized showing explaining why the request could not be more narrowly tailored. Any order granting a request to seal shall direct the sealing of only those documents, pages, or if practicable, those portions of documents or pages that contain the information requiring confidentiality. All other portions of such documents shall remain in the public file. Civil L.R. 79-5(b) & cmt.

A stipulation requesting the filing of a particular document under seal is not in compliance with Civil Local Rule 79-5. Therefore, the Court does not approve the stipulation without prejudice to the parties complying with the rules of this Court.

**IT IS SO ORDERED.**

Dated: November 1, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2