1  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
   Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
2  On Lu, Esq. (Cal. Bar No. 242693)
   Mount & Stoelker, P.C.
3  RiverPark Tower, Suite 1650
4  333 West San Carlos Street
   San Jose CA  95110-2740
5  Phone: (408) 279-7000
   Fax:    (408) 998-1473
6  Email: dmount@mount.com, dfingerman@mount.com, olu@mount.com

7  Attorneys for Feiya Cosmetics LLC

8  Michael J. Ioannou
9  Elise R. Vasquez
   Ropers Majeski Kohn & Bentley
10 1001 Marshall Street, 3rd Floor
   Redwood City, CA 94063
11 Phone: (650) 364-8200
   Fax:    (650) 780-1701
12 Email: evasquez@ropers.com

13 Attorneys for Larkin Inc.

United States District Court for the
Northern District of California, San Francisco Division

| | |
|---|---|
| FEIYA COSMETICS LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LARKIN INC. d/b/a/ ASIA CO., a California corporation; KAREN HAIR EXPRESS, a business entity of unknown form; NHA THUOC VAN HOI XUAN, an individual; CHINESE HERB & GINSENG, a business entity of unknown form; VAN HOI XUAN INC., a California corporation; HUNG EXPRESS SERVICE & GIFT, a business entity of unknown form; HAI JAO, an individual; PHUOC LOC THO, a business entity of unknown form<br><br>Defendants. | Case No. 3:07-cv-00767 (JSW) (JL)<br><br>**Stipulation and Notice of Settlement**<br>**AND ORDER THEREON** |

Plaintiff Feiya Cosmetics LLC and Defendant Larkin Inc. hereby jointly notify the court that the parties have reached a settlement and have entered into a written settlement agreement. Accordingly, the parties stipulate and request that the court enter an order as follows:

1. The parties' settlement agreement requires Larkin to make payments over time, through October 31, 2008. The agreement would allow Feiya to file a stipulation for entry of judgment if (and only if) Larkin fails to make a payment.

2. The parties desire that the court retain jurisdiction over this case until the final settlement payment is made, so that this court may enter judgment in the event that a payment is not made. If all payments are timely made, Feiya will file a dismissal in the first week of November 2008.

3. Accordingly, the parties request that the court take off-calendar all pending deadlines, including trial, without dismissing this action. The parties further request that the court set a case management conference to occur on Friday, November 14, 2008. (The parties anticipate that the case management conference will be unnecessary if Larkin makes timely payments and Feiya timely files a dismissal in the first week of November.)

Dated: March 3, 2008                     Mount & Stoelker, P.C.
                                         Dan Fingerman

                                         _____/s/_____
                                         Attorneys for Feiya Cosmetics LLC

Dated: March 3, 2008                     Ropers Majeski Kohn & Bentley
                                         Elise R. Vasquez

                                         _____/s/_____
                                         Attorneys for Larkin Inc.

As the attorney electronically filing this document, I attest that Elise R. Vasquez has concurred in this filing.

Dated: March 3, 2008                     Mount & Stoelker, P.C.
                                         Dan Fingerman

                                         _____/s/_____
                                         Attorneys for Feiya Cosmetics LLC

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Pursuant to stipulation, it is so ordered.

Dated: __March 3, 2008__          _____
                                   Hon. Jeffrey S. White
                                   U.S. District Judge

Z:\CLIENTS\F CLIENTS\Feiya001\Attorney_Notes\Working Pleadings\Stipulation Notice of Settlement.doc

Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000