Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
On Lu, Esq. (Cal. Bar No. 242693)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       dfingerman@mount.com
       olu@mount.com

Attorneys for Feiya Cosmetics LLC

United States District Court for the
Northern District of California, San Francisco Division

| | |
|---|---|
| FEIYA COSMETICS LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LARKIN INC. d/b/a/ ASIA CO., a California corporation; KAREN HAIR EXPRESS, a business entity of unknown form; NHA THUOC VAN HOI XUAN, an individual; CHINESE HERB & GINSENG, a business entity of unknown form; VAN HOI XUAN INC., a California corporation; HUNG EXPRESS SERVICE & GIFT, a business entity of unknown form; HAI JAO, an individual; PHUOC LOC THO, a business entity of unknown form<br><br>Defendants. | Case No. 3:07-cv-00767 (JSW) (JL)<br><br>**Stipulation of Dismissal With Prejudice of Defendant Larkin Inc.**<br>**AND ORDER THEREON** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Feiya Cosmetics LLC and Defendant Larkin Inc. hereby stipulate to the voluntary dismissal of Larkin Inc., with prejudice. This voluntary dismissal is pursuant to a settlement agreement reached between the parties.

Since this action has now been dismissed as to all parties, the parties request that the CMC currently scheduled for Friday, November 14, 2008 be taken off-calendar.

Dated: November 10, 2008          Mount & Stoelker, P.C.

                                  _____/s/_____
                                  Daniel H. Fingerman, Esq.
                                  Attorneys for Feiya Cosmetics LLC

Dated: November 10, 2008          Ropers Majeski Kohn & Bently

                                  _____/s/_____
                                  Elise R. Vasquez, Esq.
                                  Attorneys for Larkin Inc.

As the attorney electronically filing this document, I attest that Elise R. Vasquez has concurred in this filing.

Dated: November 10, 2008          Mount & Stoelker, P.C.

                                  _____/s/_____
                                  Daniel H. Fingerman, Esq.
                                  Attorneys for Feiya Cosmetics LLC

Pursuant to stipulation, it is so ordered.

Dated: __November 10, 2008__      _____/s/ Jeffrey S. White_____
                                  Hon. Jeffrey S. White
                                  U.S. District Judge

Z:\CLIENTS\F CLIENTS\Feiya001\Attorney_Notes\Working Pleadings\Stipulation Dismissing Larkin with prejudice.doc

Case No. 3:07-cv-00767 (JSW) (JL)                                                          Page 1
Stipulation of Dismissal With Prejudice of Defendant Larkin Inc.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000